IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00281-CV

 

Tami Berger Martin,

                                                                      Appellant

 v.

 

Clyde C. Berger, Individually, as 

Administrator of the Estate of 

Mildred Jacquelyn Berger, and 

as Trustee of the Berger Trust,

                                                                      Appellee

 

 

 



From the County Court at Law No.
2

Brazos County, Texas

Trial Court No. 11,380-PC

 



MEMORANDUM  Opinion



 








The Clerk of this Court notified the appellant by letter dated
November 16, 2006 that the clerk’s record has apparently not been filed in this
cause because the appellant has failed to pay or make arrangements to pay the clerk’s fee for
preparation of the record.  This letter also notified the appellant that the
appeal would be dismissed for want of prosecution if the appellant did not pay
or make arrangements to pay the clerk’s fee and notify this Court of the
actions taken within 21 days.  See Tex.
R. App. P. 37.3(b), 42.3.  The Court has
received no response.  Accordingly, the appeal is dismissed for want of
prosecution.  Id. 37.3(b), 42.3.

PER CURIAM

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
dismissed

Opinion
delivered and filed January 3, 2007

[CV06]